# UNITED STATES DISTRICT COURT
for the
District of Delaware

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 18- **168M**
To Search the Content of FaceBook Data User )
ID: Bino Gangfree (Binogangfree) )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of ___Delaware___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 944(g)(1) | Possession of a Firearm by a Person Prohibited |

The application is based on these facts:
See attached Affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Raymond Mullin, Task Force Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/04/2018

*Judge's signature*

City and state: Wilmington, Delaware — Christopher J. Burke, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID: Bino Gangfree (Binogangfree) WWW.FACEBOOK.COM/FREE3NH; THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK | Case No. 18-164m<br><br>Under Seal |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Raymond Mullin, being first duly sworn, hereby depose and state as follows:

**Introduction and Agent Background**

1. I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook account that is stored at premises owned, maintained, controlled, or operated by Facebook, a social networking company headquartered in Palo Alto, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer operating the web sites.

2. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so assigned since April of 2015. I am currently assigned to the Wilmington, Delaware Field Office within the Baltimore Field Division. I have been a sworn member of the Wilmington Department of Police since July 6, 2004. As of January 5, 2009, I have been assigned to the Drug Organized Crime and Vice Division. Throughout my career, I

have conducted and participated in over one hundred criminal investigations. These investigations have included but are not limited to, narcotics trafficking, weapons possession, and firearms trafficking. Over the course of my career, I have attended numerous trainings to remain proficient in conducting investigations of the above listed nature.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that evidence of violations of Title 18, United States Code, Sections 922(g)(1) Possession of Firearm/Ammo by person convicted in any court of a crime punishable by imprisonment for more than one year. Also 924(c) possession of a firearm during a crime of violence, and 1951, interference with commerce by threats or violence, are contained on the Facebook accounts described in Attachment A. There is also probable cause to search the information described in Attachment A for evidence of these crimes, and contraband or fruits of these crimes, as described in Attachment B.

## FACTS OF THE INVESTIGATION

A. **Arrest of Harding & Freeman**

5. On July 10, 2018, your affiant and Special Agent (SA) James Reisch met with two ATF confidential informants. The purpose of this meeting was to attempt the controlled purchase of two (2) firearms from Tanashia Harding. This attempted purchase was initiated by

Harding in the days leading up to July 10. Through a series of text messages and phone calls, Harding contacted the informants and represented that she was selling two firearms for $950.00. Arrangements were then made with Harding to meet on July 10, 2018, to make the transaction.

6. On July 10, 2018 the informants met with Harding at the intersection of Reed and South Van Buren Streets within the City of Wilmington. At one point during the meeting, Harding asked the informants if another male subject, later identified as Dewayne Freeman, could enter the vehicle to sell the firearms. After Freeman was denied access to the vehicle, Harding exited the car and met with Freeman a short distance away from the vehicle. Assisting officers, as well as the informants then communicated that Freeman had given Harding an unknown object. After taking possession of said object, Harding returned to the rear passenger seat of the informant's vehicle. As she entered, your affiant observed a bulge in the front of her waistband that would be consistent with that of a firearm being concealed.

7. Once inside the vehicle, Harding removed a firearm from her waistband and pointed at the informant driving the vehicle. She then demanded that the informant give her all of their money. Once she had the informant's money—$960 of prerecorded ATF Funds—in her possession, she exited the vehicle and jogged to Freeman who was standing short distance down the block. As both subjects attempted to flee the area together, they were placed into custody by assisting units. Harding was in possession of the ATF money as well as a Smith and Wesson M&P .40 Cal handgun bearing serial# HDS8363. Both Harding and Freeman have been convicted of felony offenses previously, making them ineligible to possess firearms.

8. On August 16th 2018, Harding and Freeman were indicted by a federal grand jury and each charged with violations of Tittle 18, United States Code, Sections 922(g)(1) and 924(a)(2) and other related offenses.

9. On August 7, 2018, Harding, in the presence of her attorney, sat for a proffer interview with the government. During the interview, Harding admitted that she planned to commit the robbery of the CIs with Freeman, and admitted to illegally possessing a firearm to do so. Harding stated that she had communicated with Freeman via "Facebook Messenger" in the time leading up to the attempted robbery. Harding indicated that Freeman had sent her a photograph of the firearm via Facebook Messenger.

10. Based on Harding and Freeman's joint conduct and Harding's statements, your affiant submits that there is probable cause to believe that these messages will provide corroborating evidence of Harding's account that Freeman illegally possessed a firearm on, and leading up to, July 10, 2018.

**B. Confirmation of Freeman's Facebook page**

11. Your affiant verified Freeman's Facebook page, Bino Gangfree (the "Target Facebook Account") through the review of photographs and videos portraying Freeman as well as numerous associates that your affiant knows Freeman to maintain. On August 10, 2018, your affiant knows that a preservation request was submitted for the Target Facebook Account to the Facebook Law Enforcement Response Team in order to preserve information associated with the account/profiles pending the issuance of a search warrant.

12. Target Facebook Account currently displays the background image of Freeman posing with another individual known to your affiant but who is currently not related to this investigation.

13. A smaller photograph inset on the Target Facebook Account shows Freeman posing with two other associates who are unknown to your affiant.

14. Your affiant further confirmed the subject in the displayed photographs on the Target Facebook Account to be Freeman through a direct comparison a prior arrest photo Freeman's, obtained from DELJIS. (DELJIS Photo lower left/Facebook Photo Lower Right)



### Background Regarding Facebook

15. Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish

accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

16. Facebook asks users to provide basic contact information to Facebook, either during the registration process or thereafter. This information may include the user's full name, birth date, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

17. Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, to all Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

18. Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "Mini-Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

19. Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

20. Facebook has a Photos application, where users can upload an unlimited number of albums and photos. Another feature of the Photos application is the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, a user's "Photoprint" includes all photos uploaded by that user that have not been deleted, as well as all photos uploaded by any user that have that user tagged in them.

21. Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.

22. Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

23. The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

24. Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

25. In addition to the applications described above, Facebook also provides its users with access to thousands of other applications on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that user's access or use of that application may appear on the user's profile page.

26. Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: profile contact information; Mini-Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings;

rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

27. Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

28. Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their account, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

29. Therefore, the computers of Facebook are likely to contain all the material just described, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and account application.

## Information to be Searched and Things to be Seized

30. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using this search warrant to require Facebook to disclose to the government copies of the records and other information (including the content of Facebook Messenger communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## Conclusion

31. Based on the forgoing, I submit that there is probable cause to believe that evidence of the alleged violation of Title 18, United States Code, Section 922(g)(1), possession of firearm by a prohibited person, is contained in the Facebook accounts detailed in Attachment A.

43. I request that the Court issue the proposed search warrant. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. See 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

44. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Respectfully submitted,

_____
Raymond Mullin
Task Force Officer, ATF

Subscribed and sworn to before me on ___September 4___, 2018

_____
HONORABLE
UNITED STATES MAGISTRATE JUDGE

11

## ATTACHMENT A

**Property to Be Searched**

This warrant applies to information associated with the Facebook User ID: Bino Gangfree; www.facebook.com/FREE3NH, that is stored at premises owned, maintained, controlled, or operated by Facebook, a company headquartered in Palo Alto, California.

## ATTACHMENT B

## Particular Things to be Seized

I.  **Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

    (a)    All contact information, including full name, user identification number, birth date, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. All Photoprints, including all photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them;

    (b)    All Neoprints, including profile contact information; Mini-Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

    (c)    All other communications and messages made or received by the user, including all private messages and pending "Friend" requests;

    (d)    All IP logs, including all records of the IP addresses that logged into the account;

(e) All information about the user's access and use of Facebook Marketplace;

(f) The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account number);

(g) All privacy settings and other account settings;

(h) All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Section 922(g)(1), possession of a firearm by a person prohibited by Dewayne Freeman; including, for each user ID identified on Attachment A, information pertaining to the following matters for the date range of June 1st 2018, until present:

(a) The telephone numbers used by or associated with Freeman;

(b) Any and all communications with individuals conversing about Freeman' indictment and pending charges;

(c) The identity of all individuals involved in such conversations with Freeman

(d) Any and all photographs and materials relating to aforementioned conversations between Freeman and other parties;

2

(e) Records relating to who created, used, or communicated with the user ID, including records about their identities and whereabouts; and

(f) All photographs of firearms